UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ARNOLD PEZARO, | Civil No.  C10-0698-JLR-MAT |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before December 13, 2010; and

- Plaintiff shall file the Optional Reply Brief on or before December 27, 2010.

DATED this 16th day of November, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented By:

/s/ Nancy A. Mishalanie
NANCY A. MISHALANIE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-3619
Fax:  (206) 615-2531
nancy.mishalanie@ssa.gov