UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARNOLD PEZARO, ) | |
| ) | CASE NO. C10-0698-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff Arnold Pezaro brought this action to seek judicial review of the denial of his application for Disability Insurance Benefits by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. §§ 1920, 2412(d), upon proper request to this Court. (Dkt. 17.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. The parties have stipulated that, on remand, the Appeals Council

REPORT AND RECOMMENDATION
PAGE -1

will issue a decision finding Plaintiff disabled as of July 10, 2003, and that the decision of the Commissioner under sentence four of 42 U.S.C. §405(g) is REVERSED, with a remand of the cause to the Commissioner for further proceedings.

Given the above, the Court recommends that United States Chief District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 13th day of December, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge